**Order entered February 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01161-CV**
**No. 05-18-01162-CV**
**No. 05-18-01163-CV**
**No. 05-18-01164-CV**
**No. 05-18-01165-CV**
**No. 05-18-01166-CV**
**No. 05-18-01167-CV**

**IN THE INTEREST OF E.M., ET AL., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-03-00170-R, DF-16-27206-R, DF-17-15414-R,**
**DF-16-27181-U, DF-16-27204-U, DF-16-02192-U, and DF-10-13428-Y**

## ORDER

Before the Court is appellee's February 4, 2019 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before February 25, 2019.


/s/    ERIN A. NOWELL
       JUSTICE